**Opinion filed October 9, 2008**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-08-00234-CR

_____

**CARL RAYMOND DOLAN, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 59th District Court**

**Grayson County, Texas**

**Trial Court Cause No. 47458**

## M E M O R A N D U M   O P I N I O N

Carl Raymond Dolan is attempting to appeal to this court from the trial court's denial of his motion requesting DNA testing pursuant to TEX. CODE CRIM. PROC. ANN. §§ 64.01–.05 (Vernon 2006 & Supp. 2008). We dismiss for want of jurisdiction.

When Dolan's pro se brief, pro se notice of appeal, and pro se motion to file the notice of appeal were received in this court, the clerk wrote the parties pointing out that Dolan was challenging a ruling from a Grayson County district court and that Grayson County was not a county

that appealed to this court. The September 19, 2008 letter asked Dolan to respond showing grounds for continuing this appeal. Dolan has responded.

In his response, Dolan informs this court that, because his underlying criminal conviction had been transferred to this court in 2000, he filed his brief, notice of appeal, and motion in the DNA appeal in this court. Dolan's DNA case is a separate proceeding from his criminal conviction appeal. Any appeal from the Grayson County trial court will lie with the Fifth Court of Appeals pursuant to TEX. GOV'T CODE ANN. § 22.201(f) (Vernon Supp. 2008); therefore, this court lacks jurisdiction to entertain this appeal. TEX. GOV'T CODE ANN. § 22.201(*l*) (Vernon Supp. 2008).

The appeal is dismissed.

PER CURIAM

October 9, 2008

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.